# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| All Family Medicine PC, et al.<br>            Plaintiff(s)<br><br>      vs.<br><br>U.S. Department of Health and Human Services, et al.<br>            Defendant(s) | Case No.: 8:23−cv−02095−TJS |

## ORDER REGARDING REFERRAL BY CONSENT OF THE PARTIES

      The above case has been referred to the Honorable Timothy J. Sullivan with the consent of the parties for all proceedings including entry of a final judgment. If you have not already done so, within fourteen days you must file a General Consent To Proceed Before a United States Magistrate Judge.

This form is located at
http://www.mdd.uscourts.gov/sites/mdd/files/forms/ConsentMagistrateJudge.pdf

Date: August 17, 2023             _____/s/_____
                                                                                        The Honorable Theodore D. Chuang
                                                                                       United States District Judge