IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONALD C. FAGAN, M.D., P.C., et al. | * | |
| Plaintiff | * | Civil Case No. 23-cv-02095-TJS |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants, by and through, Erek L. Barron, United States Attorney for the District of Maryland, and Rebecca A. Koch, Assistant United States Attorney for said District, hereby request the Court extend its time to respond to Plaintiffs' Complaint (ECF No. 1) through and including January 12, 2024, and in support thereof states as follows:

1. Plaintiffs filed a Complaint under the Administrative Procedure Act and alleging due process violations concerning Provider Relief Fund payments Plaintiffs received pursuant to the Coronavirus, Aid, Relief and Economic Security Act ("CARES Act") and the United States Department of Health and Human Services' ("HHS") and the Health Resources and Services Administration ("HRSA")'s efforts to recoup those payments for Plaintiffs' failure to submit required reports.

2. Defendants' response to the Complaint is currently due December 8, 2023.

3. Given illness and the press of other matters, undersigned counsel requests additional time to prepare the agency's response to Plaintiffs' complaint. As such, undersigned counsel requests an extension through and including January 12, 2024 to respond to Plaintiffs'

Complaint.

4.  Plaintiffs, through counsel, provided their consent to the short extension of time requested herein.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order extending Defendants' deadline to respond to Plaintiffs' Complaint up through and including January 12, 2024.

                                        Erek L. Barron
                                      United States Attorney

By:         /s/
              Rebecca A. Koch
              Assistant United States Attorney
              Bar number: 802108
              6406 Ivy Lane, Suite 800
              Greenbelt, MD 20770
              Telephone: (301) 344-4233
              Facsimile: (410) 962-2310
              rebecca.koch@usdoj.gov
              *Counsel for Defendants*