IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONALD C. FAGAN, M.D., P.C., et al. | * | |
| Plaintiff | * | Civil Case No. 23-cv-02095-TJS |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

HAVING READ AND CONSIDERED Defendants' Consent Motion for Extension of Time, it is hereby ORDERED AS FOLLOWS:

1. Defendants' Consent Motion for Extension of Time is granted; and

2. Defendants have up through and including October 11, 2024 to respond to Plaintiffs' Amended Complaint.

Date: _____     _____
                                                                Timothy J. Sullivan
                                                                Chief United States Magistrate Judge