IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONALD C. FAGAN, M.D., P.C., et al. | * | |
| Plaintiffs | * | Civil Case No. 23-cv-02095-TJS |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS

Defendants, by and through, Erek L. Barron, United States Attorney for the District of Maryland, and Rebecca A. Koch, Assistant United States Attorney for said District, move to dismiss Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Defendants' arguments in support of this Motion are set forth in the attached Memorandum of Law.

                                              Erek L. Barron
                                              United States Attorney

By:         /s/
            Rebecca A. Koch
            Assistant United States Attorney
            Bar number: 802108
            6406 Ivy Lane, Suite 800
            Greenbelt, MD 20770
            Telephone: (301) 344-4233
            Facsimile: (410) 962-2310
            rebecca.koch@usdoj.gov
            *Counsel for Defendants*